UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

AHERN RENTALS, INC.,

    Plaintiff,

v.

DAMELIO COMMERCIAL CONTRACTING,

    Defendant.

2:11-cv-1416-LRH-CWH

ORDER

    Before the court is plaintiff Ahern Rentals, Inc.'s ("Ahern") motion for declaratory judgment. Doc. #38.[1] Defendant Damelio Commercial Contracting ("DCC") filed an objection to the motion. Doc. #42.

    On October 10, 2013, the parties entered into a stipulation to vacate the briefing on Ahern's motion and allow Ahern to file an amplified motion for declaratory judgment. *See* Doc. #77. Ahern has since filed the amplified motion for declaratory judgment. Doc. #78. Accordingly, the court finds that the present motion and objection are moot.

///

///

///

---

[1] Refers to the court's docketing number.

1    IT IS THEREFORE ORDERED that plaintiff's motion for declaratory judgment (Doc. #38)
2 is DENIED as moot.
3    IT IS FURTHER ORDERED that defendant's objection to plaintiff's motion (Doc. #42) is
4 DENIED as moot.
5    IT IS SO ORDERED.
6    DATED this 22nd day of November, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE