1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                            DISTRICT OF NEVADA

8                                      * * *
                                         )
9    AHERN RENTALS, INC.,                )
                                         )
10            Plaintiff,                  )          2:11-cv-1416-LRH-CWH
                                         )
11   v.                                   )
                                         )          ORDER
12   DAMELIO COMMERCIAL                   )
     CONTRACTING,                         )
13                                        )
              Defendant.                  )
14   _____       )

15         Before the court is plaintiff Ahern Rentals, Inc.'s ("Ahern") motion for declaratory

16   judgment. Doc. #38.[1] Defendant Damelio Commercial Contracting ("DCC") filed an objection to

17   the motion. Doc. #42.

18         On October 10, 2013, the parties entered into a stipulation to vacate the briefing on Ahern's

19   motion and allow Ahern to file an amplified motion for declaratory judgment. *See* Doc. #77. Ahern

20   has since filed the amplified motion for declaratory judgment. Doc. #78. Accordingly, the court

21   finds that the present motion and objection are moot.

22   ///

23   ///

24   ///

25

26
     _____
        [1] Refers to the court's docketing number.

1     IT IS THEREFORE ORDERED that plaintiff's motion for declaratory judgment (Doc. #38)

2  is DENIED as moot.

3     IT IS FURTHER ORDERED that defendant's objection to plaintiff's motion (Doc. #42) is

4  DENIED as moot.

5     IT IS SO ORDERED.

6     DATED this 22nd day of November, 2013.

7  _____

8  LARRY R. HICKS
   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2